UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALBERT HERNANDEZ**
**ADC #065214**                                                                                          **PLAINTIFF**

v.                              CASE NO. 5:10cv00354 BSM/JTR

**ARKANSAS DEPARTMENT**
**OF CORRECTION, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order of dismissal that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal would not be taken in good faith.

Dated this 7th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE